UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )   BK No.: 20-17031
THALIA RANGEL )
RAMIRO RANGEL )   Chapter: 13
 )
 )   Honorable LaShonda Hunt
 )
 )   Joliet
Debtor(s) )

## ORDER EXTENDING THE AUTOMATIC STAY

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED
A. That the automatic stay is hereby extended as to all creditors pursuant to §362(c)(3), pending further order of the Court.

Enter:

*LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: September 25, 2020

**Prepared by:**

David M. Siegel
ARDC 6207611
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100